UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENA | Case No. 3:26MJ1238(MEG) |

**NONDISCLOSURE ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding **Comcast Cable Communications** (hereinafter "the Provider"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the grand jury subpoena **N-25-2-160 (4)** (hereinafter "the Subpoena"), until **October 22, 2027**, absent further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the Subpoena will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and otherwise seriously jeopardizing an investigation or unduly delaying a trial. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the Subpoena to the listed subscriber or to any other person, until October 22, 2027, except that the Provider may disclose the Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

It is so ordered this 30 day of October 2026, at New Haven, Connecticut.

Maria E. Garcia
Digitally signed by Maria E. Garcia
Date: 2026.10.30 10:33:05 -04'00'

HON. MARIA E. GARCIA
UNITED STATES MAGISTRATE JUDGE